# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN RUBIO, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> vs.<br><br>HP HOOD, LLC, a Delaware Limited Liability Company doing business in California; and DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No. 2:24-cv-03621-AC<br><br>[Removed from Sacramento County Superior Court Case No. 24CV022987]<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT**<br><br>Action Filed: November 12, 2024 |

# **[PROPOSED] ORDER**

The Court having considered the Parties' Stipulation to File First Amended Complaint (ECF Document ___) and with good cause appearing, hereby approves the stipulation and orders that:

1. Plaintiff shall file his First Amended Complaint within ten (10) days following the date of this order.

2. Defendant shall file a responsive pleading(s) to Plaintiff's First Amended Complaint within thirty (30) days of its filing and service.

**IT IS SO ORDERED.**

DATED: February 11, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE